440 A.2d 1388

**Marvin P. McKOWN, Appellant,**

v.

**WISSAHICKON SCHOOL DISTRICT.**

Supreme Court of Pennsylvania.

Argued Jan. 19, 1982.
Decided Feb. 19, 1982.

Leigh P. Narducci, Norristown, for appellant.

Curtis Wright, Michael O'Hara Peale, Jr., Ambler, for Wissahickon Sch.

Linda Wells, Sec'y of Ed., amicus curiae.

Michael Levin, Harrisburg, for amicus, Pa. School Bd. Assn.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.